# UNITED STATES COURT OF APPEALS
## FIFTH CIRCUIT
### 800 LAFAYETTE STREET
### SUITE 5100
### LAFAYETTE, LOUISIANA 70501

July 15, 2004

W. EUGENE DAVIS
CIRCUIT JUDGE

(337) 593-5280
FAX (337) 593-5309

Ms. Mary M. Listi, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C.  20544

Re: Calendar Year 2003 Filing

Dear Ms. Listi:

In response to the inquiries in your letter of July 7, 2004, the correct letter codes are as follows:

Part VII, page 1 line 5   - D-3 -  "L"
Part VII, page 1 line 16 - D-3 -  "K"
Part VII, page 2 line 24 - D-3  -  "K"
Part VII, page 2 line 24 - C-1  -  "K"

Sincerely,

W. Eugene Davis

WED/lch

RECEIVED
Jul 21  11 00 AM '04
FINANCIAL DISCLOSURE OFFICE

| 1. Person Reporting (Last name, First name, Middle initial) Davis, William E | 2. Court or Organization U.S. Court of Appeals, 5th Cir | 3. Date of Report 4/10/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Judge (Active) | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ○ Annual ● Final | 6. Reporting Period 1/1/2003 to 1/31/2003 |
| 7. Chambers or Office Address 800 Lafayette St Suite 5100 Lafayette, LA 70501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Partnership composed of Michael R. Morton and me on property listed under Item VII. Partnership exists solely to own and rent real estate |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED May 13 11 19 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 12-31-03 | Tanner Companies, Inc. (self-employed retail sales-women's clothing █████ |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. George Mason Law & Economics Center | 9-15 to 9-21 Wealth of Nations (Transportation, Food, Housing) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ **NONE** - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | City Club of Lafayette | Complimentary membership | $400 |
| 2. | Plimsol Club, New Orleans, LA | Complimentary membership | $300 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | BankOne, successor to First National Bank, Lafayette, LA 70509 | An in rem mortgage (no personal liability) is in effect on office building and warehouse (cont'd. Part 8) | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E | 4/10/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Checking acct., Bank One, Lafayette, LA | A | Interest | J | T | | | | | |
| 2. Office Bldg. & Warehouse, New Iberia, LA (1/2 interest) | E | Rent | M | W | | | | | |
| 3. Common stock, Land Coast Insulation, Inc. | C | Dividend | M | W | | | | | |
| 4. Bank One/Nat.Financial Serv. (successor to Marquis) | A | Dividend | K | T | | | | | |
| 5. Vanguard Short Term Tax Exempt (one-half interest) | A | Interest | L | T | Bought | 7-8 | | | |
| 6. Vanguard Money Market Reserves (one-half interest) | A | Interest | | T | Exchange | 7-8 | L | | |
| 7. Vanguard Intermediate Term Tax Exempt Shares | B | Interest | L | T | | | | | |
| 8. Vanguard Limited Term Tax Exempt Exempt Fund | B | Interest | K | T | | | | | |
| 9. Vanguard Value Index Fund | A | Dividend | | | Sold | 2-11 | J | | |
| 10. Vanguard Health Care Fund | A | Dividend | K | T | | | | | |
| 11. Vanguard High Yield Corp. | A | Dividend | | | Sold | 2-11 | J | | |
| 12. Montgomery, AL BMC | A | Interest | | T | Redeem | 2-18 | K | | |
| 13. Louisiana Stad & Expo Dist. | A | Interest | K | T | | | | | |
| 14. New Orleans, LA Pub. Impt. | C | Interest | L | T | | | | | |
| 15. Bank One Savings Account - ▇▇▇ | C | Int. | M | T | | | | | |
| 16. Bank One Savings Account - ▇▇▇ | B | Interest | L | T | Buy | 2-21 | | | |
| 17. Rapides Parish School District | A | Interest | K | T | | | | | |
| 18. Salomon Smith Barney - Money fund | A | Interest | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Asset Value   V = Other   W = Estimated

| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | Income during reporting period (1) Amount Code 1 (A-H) | (2) Type div. rent or int.) | Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Method Code 3 (Q-W) | Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Vanguard GNMA Fund | A | Interest | K | T | | | | | |
| 20. Vanguard GNMA Fund (IRA) | C | Interest | | | Sell | | M | | |
| 21. Vanguard Total Stock Market Fund | C | Interest | M | T | Buy | | | | |
| 22. Jefferson Cty, AL (X) | B | Interest | | T | Redeem | 2-18 | K | | |
| Madison Cty, AL (X) | A. | Interest | | T | Redeem | 2-18 | K | | |
| 24. Competitive Capital Partners Fund | A | Interest | E | T | Buy | 11-10 | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    J = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

The increase in the value of my assets is partly attributable to inheritance from ▮▮▮▮ who died in January 2002.

Part 6. Description re: An in rem, con'd listed in Par. VII(2) securing indebtedness of Land Coast Insulation, Inc.

# K. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature           Date 5 - 10 - 0 4

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544